IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JUANITA WHITFIELD**                                                                     **PLAINTIFF**

VS.                                               4:10CV001424 JMM

**K-MAC ENTERPRISES, INC.**                                      **DEFENDANT**

### ORDER

Pending is Plaintiff's motion for remand. (Docket # 5). For good cause shown, the motion is GRANTED. The Clerk of the Court is directed to send a certified copy of this Order along with the file to the Circuit Court of Faulkner County, Arkansas, forthwith.

IT IS SO ORDERED this 29th day of November, 2010.

_____
James M. Moody
United States District Judge